KEVIN K. CHOLAKIAN (S.B. #103423)
BRIAN FINN (S.B. # 142368)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Ste. 415
South San Francisco, CA 94080
Telephone: (650) 871-9544
Facsimile: (650) 871-9552
email: kcholakian@cholakian.net
         bfinn@cholakian.net

Attorneys for Defendant
OAKLAND HOUSING AUTHORITY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRYANT, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>OAKLAND HOUSING AUTHORITY, a municipal corporation; CAREL J. DUPLEISSIS, in his capacity as Chief of Police for the OAKLAND HOUSING AUTHORITY; Officer BRIAN CZEZHOWSKI, an individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; Officer Z. HOMAYUN, individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; Officer OSCAR VARGAS, individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; DOES 1-25 inclusive,<br><br>  Defendants, | USDC Case No.: C12-02102EMC<br><br>**[PROPOSED] ORDER TO DEFENDANT CAREL DUPLESSIS' MOTION TO DISMISS**<br><br>**FRCP 12(B)(6)**<br><br>**Date: July 5, 2012**<br>**Time: 10:00 a.m.**<br>**Location: U.S. District Court**<br>           **San Francisco Courthouse**<br>           **Courtroom 5, 17th Floor**<br>           **450 Golden Gate Avenue**<br>           **San Francisco, CA 94102** |

Defendant CAREL J. DUPLESSIS' Motion to Dismiss under FRCP 12(b)(6) came regularly for hearing on July 5, 2012. The Parties appeared by and through their Attorneys of Record. After considering the papers filed and arguments presented in support of and in

In light of Plaintiff's statement of nonopposition, the motion to dismiss is granted."

1   ~~opposition to the motion, and upon good cause showing,~~

2   IT IS ORDERED, ADJUDGED, AND DECREED that Defendant CAREL J.

3   DUPLESSIS' Motion to Dismiss under FRCP 12(b)(6) is GRANTED with Prejudice.  ~~The claim

4   against~~ Chief DUPLESSIS, in his official capacity, is simply a claim against the Oakland

5   Housing Authority.  The claim against ~~Chief~~ DUPLESSIS in his official capacity is redundant

6   and to keep him in this lawsuit would be improper and would create a waste of ~~resources.~~

8   DATED:      June 5, 2012

9                                  By_____
10                                         United States District Court Judge



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen