JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
KEITH BRYANT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRYANT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OAKLAND HOUSING AUTHORITY, a municipal corporation; CAREL J. DUPLESSIS, in his capacity as Chief of Police for the OAKLAND HOUSING AUTHORITY; Officer CZECHOWSKI, individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; Officer Z. HOMAYUN, individually and in her capacity as a police officer for the OAKLAND HOUSING AUTHORITY; Officer VARGAS, individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; DOES 1-25, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | Case No. C 12-02102 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXTENDING DEADLINE TO COMPLETE ADR** |

**STIPULATION**

1.　WHEREAS, the Court ordered the parties to complete ADR before the upcoming Further Case Management Conference on February 7, 2013;

Stipulation and Order Extending Deadline to Complete ADR and Continuing Status Conference　　1

2. WHEREAS, the parties require conducting some discovery prior to meaningfully participating in mediation;

3. WHEREAS, the parties have been in contact with the Court's ADR-assigned mediator, David Alexander regarding scheduling the mediation;

4. WHEREAS, Plaintiff's deposition is currently set for February 21, 2013;

5. WHEREAS, the parties do not expect any meaningful ADR can take place prior to Plaintiff's deposition being taken;

6. The parties respectfully request that the Court continue the upcoming Status Conference by four weeks to March 7, 2013 at 10:30 a.m. to allow the parties to complete ADR by the time of the Status Conference;

7. The parties also respectfully request that ADR deadline for completion be extended to March 6, 2013.

**IT IS SO STIPULATED.**

Dated: January 25, 2013                           **LAW OFFICES OF JOHN L. BURRIS**

/s/ Benjamin Nisenbaum
Benjamin Nisenbaum, Esq.
Attorney for Plaintiff
Keith Bryant

Dated: January 25, 2013                           **CHOLAKIAN & ASSOCIATES**

/s/ Brian Finn
Brian Finn, Esq.
Attorney for Defendants

Stipulation and Order Extending Deadline to Complete ADR and Continuing Status Conference          2

# [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, the parties deadline for completion of mediation through the Court's ADR program is extended to by March 6, 2013. The Status Conference is hereby continued to __March 21__, 2013 at 10:30 a.m. A Joint Status Update shall be filed by the parties no later than Feb~~ruary 28, 2013~~. March 14, 2013.

**IT IS SO ORDERED.**

DATED: 1/30/13



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

HONORABLE
UNITED STATES DISTRICT JUDGE

Stipulation and Order Extending Deadline to Complete ADR and Continuing Status Conference     3