JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff
KEITH BRYANT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRYANT,<br><br>             Plaintiff,<br><br>     vs.<br><br>OAKLAND HOUSING AUTHORITY,  a municipal corporation; CAREL J. DUPLESSIS, in his capacity as Chief of Police for the OAKLAND HOUSING AUTHORITY; Officer CZECHOWSKI, individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; Officer Z. HOMAYUN, individually and in her capacity as a police officer for the OAKLAND HOUSING AUTHORITY; Officer VARGAS, individually and in his capacity as a police officer for the OAKLAND HOUSING AUTHORITY; DOES 1-25, inclusive,<br><br>             Defendants.<br>                                                                      / | Case No.  C 12-02102 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXTENDING DEADLINE TO COMPLETE ADR** |

**STIPULATION**

1.      WHEREAS, the Court ordered the parties to complete ADR before the upcoming Further Case Management Conference on February 7, 2013;

2. WHEREAS, the parties require conducting some discovery prior to meaningfully participating in mediation;

3. WHEREAS, the parties have been in contact with the Court's ADR-assigned mediator, David Alexander regarding scheduling the mediation;

4. WHEREAS, Plaintiff's deposition is currently set for February 21, 2013;

5. WHEREAS, the parties do not expect any meaningful ADR can take place prior to Plaintiff's deposition being taken;

6. The parties respectfully request that the Court continue the upcoming Status Conference by four weeks to March 7, 2013 at 10:30 a.m. to allow the parties to complete ADR by the time of the Status Conference;

7. The parties also respectfully request that ADR deadline for completion be extended to March 6, 2013.

**IT IS SO STIPULATED.**

Dated:  January 25, 2013                          **LAW OFFICES OF JOHN L. BURRIS**

                                                  /s/ Benjamin Nisenbaum
                                                  Benjamin Nisenbaum, Esq.
                                                  Attorney for Plaintiff
                                                  Keith Bryant

Dated:  January 25, 2013                          **CHOLAKIAN & ASSOCIATES**

                                                  /s/ Brian Finn
                                                  Brian Finn, Esq.
                                                  Attorney for Defendants

Stipulation and Order Extending Deadline to Complete ADR and Continuing Status Conference         2

1
2                         **[PROPOSED] ORDER**
3
4     PURSUANT TO THE PARTIES' STIPULATION, the parties deadline for completion of
5  mediation through the Court's ADR program is extended to by March 6, 2013.  The Status
6  Conference is hereby continued to __March 21_____, 2013 at 10:30 a.m.  A Joint Status Update
7  shall be filed by the parties no later than Feb~~ruary 28, 2013~~.   March 14, 2013.
8
9     **IT IS SO ORDERED.**
10
11  DATED:    1/30/13



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Stipulation and Order Extending Deadline to Complete ADR and Continuing Status Conference       3