UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRYANT,<br><br>        Plaintiff,<br><br>    v.<br><br>OAKLAND HOUSING AUTHORITY, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-12-2102 EMC<br><br>**ORDER RE JOINT LETTER OF SEPTEMBER 18, 2013**<br><br>**(Docket No. 38)** |

        The parties submitted a joint letter on September 18, 2013, regarding a discovery dispute. Having reviewed that letter and accompanying submissions, the Court hereby rules as follows.

        Even if the upcoming revision to Federal Rule of Civil Procedure 45 were to apply, that revision does not bar a court from protecting a party from an undue burden or expense. Here, the Court finds that Defendants' compromise proposal is reasonable given Ms. Homayun's residence in Studio City, California, and the other circumstances identified in her declaration.

        Accordingly, the Court hereby orders that Ms. Homayun shall be deposed in Oakland but that the parties shall split the costs of her travel-related expenses (including airfare).

        This order disposes of Docket No. 38.

        IT IS SO ORDERED.

Dated: September 19, 2013

_____
EDWARD M. CHEN
United States District Judge