UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRYANT, | No. C-12-2102 EMC |
| Plaintiff, | |
| v. | **ORDER RE JOINT LETTER OF MARCH 18, 2014** |
| OAKLAND HOUSING AUTHORITY, *et al.*, | **(Docket No. 46)** |
| Defendants. | |

The parties submitted a joint letter on March 18, 2014, regarding a discovery dispute. Having reviewed that letter, the Court hereby rules as follows.

Defendants' request to take the deposition of Plaintiff's probation officer is denied. Defendants' request for probation documents is granted in part and denied in part. More specifically, Defendants' request is denied except that the County shall produce to Defendants all post-sentencing documents that Plaintiff submitted to the probation department which relayed or identified his home address. All personal information shall be redacted from the documents except that related to Plaintiff's home address.

This order disposes of Docket No. 46.

IT IS SO ORDERED.

Dated: March 24, 2014

_____
EDWARD M. CHEN
United States District Judge