UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BRYANT,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND HOUSING AUTHORITY,<br>et al.,<br><br>    Defendants.<br>_____/ | Case No. 3:12-cv-02102 VC<br><br>ORDER EXCUSING ATTENDANCE<br>AT SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated May 19, 2014, Defendants' insurance carrier's adjuster, Kimberly Clifford, requested to be excused from personally appearing at the settlement conference scheduled for May 22, 2014.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that name Kimberly Clifford be available by telephone from 10:00 a.m. Pacific Standard Time until further notice on May 19, 2014.

IT IS SO ORDERED.

Dated: May 20, 2014

                                                        NATHANAEL M. COUSINS<br>
                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28